STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES M. FAULK, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Robert J. Konzelmann* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. Robert L. Messick* for the respondent.

April 14, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROBERT LEE FOX, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Kenneth S. Javerbaum* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. Rudolph J. Rossetti* for the respondent.

April 14, 1970. Denied.

EMMA M. ROBINS, PLAINTIFF-PETITIONER, v. JOHN T. MC HUGH, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Louis B. Le Duc* for the petitioner.

*Messrs. Meredith, Meredith & Chase* for the respondents.

April 14, 1970. Denied.